GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
REBECCA ANDREWS, Bar No. 272967
rebecca.andrews@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California  94596
Telephone:    (925) 977-3300
Facsimile:     (925) 977-1870

Attorneys for Plaintiff
COUNTY OF AMADOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| COUNTY OF AMADOR, a public agency of the State of California,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON in her official capacity as Secretary of the California Department of Corrections and Rehabilitation; PATRICK COVELLO in his official capacity of Warden of California Department of Corrections and Rehabilitation Mule Creek State Prison; and<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION;<br><br>　　　　　Defendants. | Case No.<br><br>Related Case No. 2:20-cv-02482-WBS-AC<br><br>**NOTICE OF RELATED CASES**<br>**Fed. Rule Civ. Proc. 83; L.R. 123**<br><br>Trial Date:　　Not Set<br>Action Filed:　　TBD |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 123(a), Plaintiff County of Amador hereby gives notice that the above-captioned case is related to the case of *California Sportfishing Protection Alliance v. Allison*, Case No. 2:20-cv-02482-WBS-AC (filed Dec. 15, 2020). Plaintiffs in both actions seek declaratory and injunctive relief from the Secretary of the California Department of Corrections and Rehabilitations under the federal Water Pollution Control Act, also known as the Clean Water Act, 33 U.S.C. § 1251 *et seq.* See L.R. 123(b)(3). Both actions involve similar questions of fact related to past and ongoing violations of Sections 301 and 402 of the Clean Water Act from industrial, wastewater, and storm water discharges at Mule Creek State Prison. See *id.* Assignment of both actions to the same Judge is likely to effect a substantial savings of judicial effort because the same result should follow in both actions. See *id.*

Dated: January 7, 2021                                  BEST BEST & KRIEGER LLP


By: */s/ Gene Tanaka*
GENE TANAKA
SHAWN D. HAGERTY
REBECCA ANDREWS
Attorneys for Plaintiff
COUNTY OF AMADOR